794 A.2d 325

Harry G. HAYMAN, III and Robin Hayman, Administrators of the Estate of Gray Bradley Hayman, A Minor, Deceased; Harry G. Hayman, III, and Robin Hayman, in Their Own Right, Appellants

v.

CHILDREN'S HOSPITAL OF PHILADELPHIA and John D. Murphy, M.D. and Surgical Associates of Children's Hospital of Philadelphia, Ltd., Marshall Jacobs, M.D., Yvonne Paris, M.D. and Hitendra Patel, M.D., Appellees

Supreme Court of Pennsylvania.

Argued: Oct. 16, 2000.

Decided: Nov. 3, 2000.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Mr. Justice Nigro did not participate in the consideration or decision of this case.